25-23

Joshua Jordan, admitted Pro Se
6650 Rivers Ave, STE 100
Charleston, SC, 29406
Tel: 843.790.3989
joshlegalstuff@gmail.com

FILED
JAN 07 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| JOSHUA JORDAN,<br>Plaintiff,<br><br>v.<br><br>DON BESKRONE, and<br>RICARDO PALACIO,<br>Defendants. | Case No.:<br><br>**PLAINTIFF'S MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY** |
|---|---|

Plaintiff Joshua Jordan ("Plaintiff"), proceeding pro se, hereby moves this Court for authorization to file documents electronically through the Court's Case Management/Electronic Case Filing (CM/ECF) system pursuant to District of Delaware Local Rule 5.1.3, and in support states:

1. Plaintiff is proceeding pro se in this matter but possesses the technical capability and legal understanding to participate in electronic filing through the Court's CM/ECF system.

2. Plaintiff has significant prior experience with electronic court filing systems, including:
    a. Filing numerous documents through the federal court's CM/ECF system in other districts
    b. Successfully managing electronic service and notice procedures
    c. Maintaining accurate records of electronic filings and communications
    d. Demonstrating consistent compliance with court rules and procedures

3. Plaintiff has reliable access to:
    a. computer with internet capability

    b. PDF creation and viewing software

    c. Scanning equipment for paper exhibits

    d. Electronic storage for maintaining records

4. Plaintiff understands and agrees to:

    a. Follow all Court rules, procedures, and practices for electronic filing

    b. Maintain current contact information with the Court

    c. Regularly monitor the docket and review all notices

    d. Comply with service requirements under applicable rules

    e. Protect electronic filing credentials from unauthorized use

5. Granting this motion would:

    a. Promote efficient case management

    b. Reduce administrative burden on the Court

    c. Facilitate timely filing and service

    d. Advance the interests of justice

6. Plaintiff certifies that:

    a. He already has a PACER account for the last several years in use

    b. He has reviewed the Court's CM/ECF Administrative Procedures

    c. He will complete any required additional CM/ECF training

    d. He will continue to maintain the confidentiality of his existing login and password

    e. He will immediately notify the Court of any technical problems

    f. He will comply with all electronic filing requirements

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Grant authorization to file documents electronically through CM/ECF;

B. Direct the Clerk to establish Plaintiff's CM/ECF filing credentials;

C. Provide any necessary technical guidance or training requirements; and

D. Grant such other relief as the Court deems appropriate.

Respectfully submitted on January 6, 2025.

By: /s/ Joshua Jordan
Joshua Jordan, admitted pro se
6650 Rivers Ave, STE 100
Charleston, SC, 29406
Tel: 843.790.3989
joshlegalstuff@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, a true and correct copy of this document is being filed to the Clerk of the United States District Court for the District of Delaware for filing. Upon filing, the Clerk will serve the document via the Court's CM/ECF system upon all registered participants as identified on the Notice of Electronic Filing (NEF) and in accordance with the applicable service requirements.

By: /s/ Joshua Jordan
Joshua Jordan, Pro Se